# EXHIBIT "B"

## Case Information

DC-20-19355 | ANDREA MARTINEZ, et al vs. FREDRICK LOFTON, et al

Case Number
DC-20-19355

Court
162nd District Court

Judicial Officer
MOORE, MARICELA

File Date
12/31/2020

Case Type
MOTOR VEHICLE ACCIDENT

Case Status
OPEN

## Party

PLAINTIFF
MARTINEZ, ANDREA

Active Attorneys ▼
Lead Attorney
ELDRIDGE, V. PAIGE
Retained

PLAINTIFF
RODRIGUEZ, ZACKERY

Active Attorneys ▼
Lead Attorney
ELDRIDGE, V. PAIGE
Retained

DEFENDANT
LOFTON, FREDRICK

Address
2918 LONGWOOD DRIVE
JACKSON MS 39212

Active Attorneys ▼
Lead Attorney
RYAN, JEFFREY W
Retained

DEFENDANT
KLLM TRANSPORT SERVICES, LLC

Active Attorneys ▼
Lead Attorney

Address
REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYANT STREET SUITE 900
DALLAS TX 75201

RYAN, JEFFREY W
Retained

## Events and Hearings

12/31/2020 NEW CASE FILED (OCA) - CIVIL

12/31/2020 ORIGINAL PETITION ▾

ORIGINAL PETITION

12/31/2020 ISSUE CITATION ▾

ISSUE CITATION- FREDRICK LOFTON

ISSUE CITATION- KLLM TRANSPORT SERVICES LLC

ISSUE CITATION- FREDRICK LOFTON

12/31/2020 JURY DEMAND

01/06/2021 CITATION ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
FREDRICK LOFTON

01/06/2021 CITATION ▾

Served
01/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server

PRIVATE PROCESS SERVER

Returned
02/09/2021
Comment
KLLM TRANSPORT SERVICES LLC

01/25/2021 CITATION ▼

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
FREDRICK LOFTON

01/25/2021 CITATION ▼

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
KLLM TRANSPORT SERVICES LLC

02/02/2021 ORIGINAL ANSWER - GENERAL DENIAL ▼

ORIGINAL ANSWER - KLLM TRANSPORT SERVICES, LLC

02/02/2021 OBJECTION ▼

DEFENDANT (KLLM) OBJECTION TO PLAINTIFF NOTICE OF INTENTION

Comment
DEFENDANT KLLM TRANSPORT SERVICES, LLC S OJBECTION TO PLAINTIFFS NOTICE OF INTENT PURSUANT TO TEX. R. CIV. P. 193.7

02/03/2021 ORIGINAL ANSWER - GENERAL DENIAL ▼

DEFENDANT ORIGINAL ANSWER-FREDRICK LOFTON

02/09/2021 SCHEDULING ORDER ▼

SCHEDULING ORDER

02/09/2021 RETURN OF SERVICE ▼

EXECUTED CITATION: KLLM TRANSPORT SERVICES LLC

Comment

EXECUTED CITATION: KLLM TRANSPORT SERVICES LLC

04/05/2022 Jury Trial - Civil

162nd Cover Letter

162nd Cover Letter

Judicial Officer
MOORE, MARICELA

Hearing Time
9:00 AM

## Financial

MARTINEZ, ANDREA

| | | |
|---|---|---|
| Total Financial Assessment | | $348.00 |
| Total Payments and Credits | | $348.00 |

| Date | Description | | | Amount |
|---|---|---|---|---|
| 12/31/2020 | Transaction Assessment | | | $348.00 |
| 12/31/2020 | CREDIT CARD - TEXFILE (DC) | Receipt # 81520-2020-DCLK | MARTINEZ, ANDREA | ($348.00) |

## Documents

ORIGINAL PETITION

ISSUE CITATION- FREDRICK LOFTON

ISSUE CITATION- KLLM TRANSPORT SERVICES LLC

ISSUE CITATION- FREDRICK LOFTON

ORIGINAL ANSWER - KLLM TRANSPORT SERVICES, LLC

DEFENDANT (KLLM) OBJECTION TO PLAINTIFF NOTICE OF INTENTION

DEFENDANT ORIGINAL ANSWER-FREDRICK LOFTON

162nd Cover Letter

162nd Cover Letter

SCHEDULING ORDER

EXECUTED CITATION: KLLM TRANSPORT SERVICES LLC